# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**THE CITY OF IRONDALE, ALABAMA,**

    Plaintiff,

v.

**3M COMPANY, INC.,** *et al.***,**

    Defendants.

CASE NO. 2:24-cv-01327-AMM

## <u>NOTICE OF APPEARANCE</u>

**Melody H. Eagan**, an attorney with the firm Lightfoot, Franklin and White, L.L.C., hereby gives her notice of appearance on behalf of **Defendant 3M Company** in the above-styled action. It is requested that all pleadings, notices, orders, discovery, correspondence, memoranda, documents, and things be served upon her at the following address/email address:

Melody H. Eagan
Lightfoot, Franklin and White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
Email: meagan@lightfootlaw.com

DATED: <u>**August 20, 2025**</u>

    ***/s/ Melody H. Eagan***
    Melody H. Eagan
    *Attorney for Defendant 3M Company*

**OF COUNSEL:**
M. Christian King
Harlan I. Prater, IV
Melody H. Eagan
W. Larkin Radney, IV
Wesley B. Gilchrist
William H. Morrow
Jacob M. Salow
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200
(205) 581-0700
cking@lightfootlaw.com
hprater@lightfootlaw.com
meagan@lightfootlaw.com
lradney@lightfootlaw.com
wgilchrist@lightfootlaw.com
wmorrow@lightfootlaw.com
jsalow@lightfootlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **August 20, 2025**, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of such filing to all counsel of record.

/s/ *Melody H. Eagan*
Melody H. Eagan
*Attorney for Defendant 3M Company*