# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE CITY OF IRONDALE, ALABAMA,**  Plaintiff,  v.  **3M COMPANY, INC.; DAIKEN AMERICA;** *et al.*  Defendants. | **Civil Action No. 2:24-cv-01327-AMM** |

## NOTICE OF APPEARANCE

Jerome C. Chapman IV hereby files this Notice of Appearance as local counsel for to represent Defendant GCP Applied Technologies, Inc. It is respectfully requested that he be listed as a lead/notice attorney and that all pleadings, discovery and court filings be served upon the undersigned in connection with this action.

Respectfully submitted,

*/s/ Jerome C. Chapman IV*
JEROME C. CHAPMAN IV (ASB-2364-O42H)
*An Attorney for GCP Applied Technologies, Inc.*

**OF COUNSEL:**
Gregory H. Hawley (ASB-8552-L69G)
John Johnson (ASB-7114-H67J)
Jerome C. Chapman IV (ASB-2364-O42H)
**HAND ARENDALL HARRISON SALE LLC**

1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:   (205) 324-4400
Facsimile:   (205) 322-1163
E-mail:   ghawley@handfirm.com
jjohnson@handfirm.com
jchapman@handfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

| | |
|---|---|
| Lauren C. Brasher, Esq. | lbrasher@wallacejordan.com |
| April B Danielson, Esq. | adanielson@wallacejordan.com |
| Kimberly R West, Esq. | kwest@wallacejordan.com |

**WALLACE JORDEN RATLIFF & BRANDT LLC**
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
205-874-0326
205-871-7534 (Fax)

| | |
|---|---|
| Matthew David Conn | mconn@friedman-lawyers.com |
| Madison Maile Gitschier | mgitschier@friedman-lawyers.com |
| Lee T Patterson | lpatterson@friedman-lawyers.com |
| Ethan Robert Wright | ewright@friedman-lawyers.com |

**FRIEDMAN DAZZIO & ZULANAS PC**
3800 Corporate Woods Drive
Birmingham, AL 35242
205-278-7028
205-278-7001 (fax)

*Attorneys for Plaintiff, The City of Irondale*

| | |
|---|---|
| Melody H Eagan, Esq. | meagan@lightfootlaw.com |
| Wesley B Gilchrist, Esq. | wgilchrist@lightfootlaw.com |
| Mark Christian King, Esq. | cking@lightfootlaw.com |
| William H Morrow, Esq. | wmorrow@lightfootlaw.com |
| Harlan Irby Prater, IV, Esq. | hprater@lightfootlaw.com |
| W Larkin Radney, IV, Esq. | lradney@lightfootlaw.com |
| Jacob Miller Salow, Esq. | jsalow@lightfootlaw.com |

**LIGHTFOOT FRANKLIN & WHITE LLC**
400 20 Street North
Birmingham, AL 35203
205-581-0700
205-581-0799 (fax)

*Attorneys for Defendant, 3M Company, Inc.*


| | |
|---|---|
| John M Johnson, Esq. | jjohnson@lightfootlaw.com |
| Lana Alcorn Olson, Esq. | lolson@lightfootlaw.com |
| Solomon Schae Thomas, Esq. | sthomas@lightfootlaw.com |

**LIGHTFOOT FRANKLIN & WHITE LLC**
400 20 Street North
Birmingham, AL 35203
205-581-0700
205-581-0799 (fax)

*Attorneys for Defendants, The Chemours Company; The Chemours Company FC, LLC; Corteva, Inc.; DuPont De Nemours, Inc.; E.I. Dupont De Nemours and Company.*

| | |
|---|---|
| Allen M Estes, Esq. | aestes@balch.com |
| Elizabeth J Flachsbart, Esq. | eflachsbart@balch.com |
| Jason B Tompkins, Esq. | jtompkins@balch.com |
| Christopher L Yeilding | cyeilding@balch.com |

**BALCH & BINGHAM LLP**
1901 6th Avenue North, Suite 1500
P O Box 306
Birmingham, AL 35201-0306
205-251-8100
205-488-5721 (fax)

*Attorneys for Defendants, Daiken America, Inc.*

| | |
|---|---|
| John Alan Truitt | atruitt@kmcllaw.com |
| D Bart Turner | bturner@kmcllaw.com |
| Evan Allister Ward | eward@kmcllaw.com |

**KAZMAREK, MOWREY, CLOUD & LASETER, LLP**
1914 4th Avenue North; Suite 400
Birmingham, AL 35203
205-777-7972

*Attorneys for Defendants, Scholar Craft Products, Inc.*

| | |
|---|---|
| Thomas Albert Kendrick | tkendrick@nwkt.com |
| Matthew Robinett | mrobinett@nwkt.com |

**NORMAN, WOOD, KENDRICK & TURNER**
1130 22nd Street South; Suite 3000
Ridge Park Place
Birmingham, AL 35205
205-328-6643
205-251-5479 (fax)

*Attorneys for Defendants, Tricon Wear Solutions, LLC.*

                                                  */s/ Jerome C. Chapman IV*
                                                  Of Counsel