# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE CITY OF IRONDALE, ALABAMA,** | |
| Plaintiff, | |
| v. | **Civil Action No. 2:24-cv-01327-AMM** |
| **3M COMPANY, INC.; DAIKEN AMERICA;** *et al.* | |
| Defendants. | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID F. EDELSTEIN

**COMES NOW,** Defendant GCP Applied Technology, Inc. ("GCP"), pursuant to Local Rule 83.1 of the United States District Court for the Northern District of Alabama, and requests that David F. Edelstein ("Applicant") be granted admission *pro hac vice* to appear as counsel for GCP in the above-styled lawsuit. Mr. Edelstein avers that he is eligible and qualified to be admitted to practice before this Court *pro hac vice* and further states under penalty of perjury:

1.  David Edelstein resides in Yardley, Pennsylvania.

2.  David Edelstein is a partner with the law firm of Archer & Greiner, PC, located at 1025 Laurel Oak Road, Voorhees, New Jersey 08043, phone number

856-795-2121, fax number 856-795-0574, e-mail address dedelstein@archerlaw.com, and regularly practices law in the State of New Jersey.

3. Applicant is admitted to the following Courts (with corresponding date of admission):

    a. New Jersey State Bar on December 17, 2004;

    b. Pennsylvania State Bar on January 3, 2005;

    c. U.S District Court for the District of New Jersey on February 1, 2005;

    d. U.S. District Court for the Eastern District of Pennsylvania on December 16, 2005; and,

    e. U.S. Court of Appeals for the Third Circuit on June 25, 2019.

4. Applicant is and has been in good standing with each of the foregoing Bars of since first being admitted. Applicant is eligible to practice in all courts to which applicant has been admitted.

5. Applicant understands that by appearing in this case, he is subject to the rules of this Court, just as if a member of the bar of this district. Pursuant to Local Rule 83.1(b)(1) further confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

6. Greg Hawley, John Johnson, and, Jerome C. Chapman IV, all of the law firm Hand Arendall Harrison Sale LLC, 1801 5th Avenue North, Suite 400, Birmingham, Alabama 35203, phone number (205) 324-4400, fax number (205) 397-1306, e-mail addresses ghawley@handfirm.com, jjohnson@handfirm.com, and, jchapman@handfirm.com, are serving as local counsel to the applicant named herein. Greg Hawley, John Johnson, and, Jerome C. Chapman IV, specifically gives their consent to serving as local counsel to the applicant named herein.

7. Pursuant to this Motion, the undersigned will be providing payment in the amount of the fee to be allowed to appear in this case *pro hac vice*.

8. Mr. Edelstein has supplied the biographical information in this motion and, by his signature below, hereby declares that same is true and accurate in all respects.

**WHEREFORE, PREMISES CONSIDERED,** GCP respectfully requests that the application for admission *pro hac vice* of David Edelstein be granted and that David Edelstein be allowed to represent GCP in the above-captioned action.

Respectfully submitted this the 4th day of September, 2025,

        /s/ David Edelstein
David Edelstein
*Applicant to be Pro Hac Vice Counsel for GCP Applied Technologies, Inc.*

**OF COUNSEL:**
David Edelstein
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone:  (856) 795-2121
Facsimile:  (856) 795-0574
E-mail:  dedelstein@archerlaw.com

        /s/ Jerome C. Chapman IV
JEROME C. CHAPMAN IV (ASB-2364-O42H)
*Local Counsel for GCP Applied Technologies, Inc.*

**OF COUNSEL:**
Gregory H. Hawley (ASB-8552-L69G)
John Johnson (ASB-7114-H67J)
Jerome C. Chapman IV (ASB-2364-O42H)
**HAND ARENDALL HARRISON SALE LLC**
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 324-4400
Facsimile:  (205) 322-1163
E-mail:  ghawley@handfirm.com
jjohnson@handfirm.com
jchapman@handfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2025 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

| | |
|---|---|
| Lauren C. Brasher, Esq. | lbrasher@wallacejordan.com |
| April B Danielson, Esq. | adanielson@wallacejordan.com |
| Kimberly R West, Esq. | kwest@wallacejordan.com |

**WALLACE JORDEN RATLIFF & BRANDT LLC**
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
205-874-0326
205-871-7534 (Fax)

| | |
|---|---|
| Matthew David Conn | mconn@friedman-lawyers.com |
| Madison Maile Gitschier | mgitschier@friedman-lawyers.com |
| Lee T Patterson | lpatterson@friedman-lawyers.com |
| Ethan Robert Wright | ewright@friedman-lawyers.com |

**FRIEDMAN DAZZIO & ZULANAS PC**
3800 Corporate Woods Drive
Birmingham, AL 35242
205-278-7028
205-278-7001 (fax)

*Attorneys for Plaintiff, The City of Irondale*

| | |
|---|---|
| Melody H Eagan, Esq. | meagan@lightfootlaw.com |
| Wesley B Gilchrist, Esq. | wgilchrist@lightfootlaw.com |
| Mark Christian King, Esq. | cking@lightfootlaw.com |
| William H Morrow, Esq. | wmorrow@lightfootlaw.com |
| Harlan Irby Prater, IV, Esq. | hprater@lightfootlaw.com |
| W Larkin Radney, IV, Esq. | lradney@lightfootlaw.com |
| Jacob Miller Salow, Esq. | jsalow@lightfootlaw.com |

**LIGHTFOOT FRANKLIN & WHITE LLC**
400 20 Street North
Birmingham, AL 35203
205-581-0700
205-581-0799 (fax)

*Attorneys for Defendant, 3M Company, Inc.*


| | |
|---|---|
| John M Johnson, Esq. | jjohnson@lightfootlaw.com |
| Lana Alcorn Olson, Esq. | lolson@lightfootlaw.com |
| Solomon Schae Thomas, Esq. | sthomas@lightfootlaw.com |

**LIGHTFOOT FRANKLIN & WHITE LLC**
400 20 Street North
Birmingham, AL 35203
205-581-0700
205-581-0799 (fax)

*Attorneys for Defendants, The Chemours Company; The Chemours Company FC, LLC; Corteva, Inc.; DuPont De Nemours, Inc.; E.I. Dupont De Nemours and Company.*

| | |
|---|---|
| Allen M Estes, Esq. | aestes@balch.com |
| Elizabeth J Flachsbart, Esq. | eflachsbart@balch.com |
| Jason B Tompkins, Esq. | jtompkins@balch.com |
| Christopher L Yeilding | cyeilding@balch.com |

**BALCH & BINGHAM LLP**
1901 6th Avenue North, Suite 1500
P O Box 306
Birmingham, AL 35201-0306
205-251-8100
205-488-5721 (fax)

*Attorneys for Defendants, Daiken America, Inc.*

| | |
|---|---|
| John Alan Truitt | atruitt@kmcllaw.com |
| D Bart Turner | bturner@kmcllaw.com |
| Evan Allister Ward | eward@kmcllaw.com |

**KAZMAREK, MOWREY, CLOUD & LASETER, LLP**
1914 4th Avenue North; Suite 400
Birmingham, AL 35203
205-777-7972

  *Attorneys for Defendants, Scholar Craft Products, Inc.*

Thomas Albert Kendrick  tkendrick@nwkt.com
Matthew Robinett    mrobinett@nwkt.com

**NORMAN, WOOD, KENDRICK & TURNER**
1130 22nd Street South; Suite 3000
Ridge Park Place
Birmingham, AL 35205
205-328-6643
205-251-5479 (fax)

  *Attorneys for Defendants, Tricon Wear Solutions, LLC.*

    */s/ Jerome C. Chapman IV*
    Of Counsel